FILED
December 30, 2022
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 08/2021)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

JOHN NOles #02163071
Plaintiff's Name and ID Number

MTC LINDSEY UNIT
Place of Confinement

1-22CV-0198H
CASE NO. _____
(Clerk will assign the number)

v.

TEXAS DEPARTMENT OF CRIMINAL JUSTICE (JOHN MIDDLETON UNIT)   3522
Defendant's Name and Address   13055 FM 3522   13055 FM
                               ABILENE, TX 79601   ABILENE, TX 79601

WARDEN CHIMDI AKWITTI                              Grievance officer Layland
Defendant's Name and Address   13055 FM 3522      Defendant's name and address
                               ABILENE, TX 79601

WARDEN MCCAIN
Defendant's Name and Address   13055 FM 3522
( DO NOT USE "ET AL.")         ABILENE, TX 79601

INSTRUCTIONS - READ CAREFULLY

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✓ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: 0   N/A

        2. Parties to previous lawsuit:
           Plaintiff(s) 0   N/A
           Defendant(s) 0   N/A

        3. Court: (If federal, name the district; if state, name the county.) 0   N/A

        4. Cause number: 0   N/A

        5. Name of judge to whom case was assigned: 0   N/A

        6. Disposition: (Was the case dismissed, appealed, still pending?) 0   N/A

        7. Approximate date of disposition: 0   N/A

II. PLACE OF PRESENT CONFINEMENT: _Lindsey Unit_

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution. _have not recieved any grievances filed at middleton unit. Also have made attempts to file informal and formal resolutions. All rejected._

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: _JOHN Noles TDCJ# 02163071, Lindsey Unit 1620 FM 3344 Jacksboro, TX 76458_

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: _TEXAS DEPARTMENT OF CRIMINAL JUSTICE (JOHN MIDDLETON UNIT) 13055 FM 3522 Abilene, TX 79601_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_Legally responsible for the overall operation of the Department and each institution under it's jurisdiction, including JOHN MIDDLETON UNIT._

Defendant #2: _WARDEN CHIMDI AKWITTI, 13055 FM 3522 Abilene, TX 79601_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_Defendant is the WARDEN OF JOHN MIDDLETON. He is legally responsible for the operation of JOHN MIDDLETON and for the welfare of all the inmates in that Prison._

Defendant #3: _WARDEN MCCAIN, 13055 FM 3522 Abilene, TX 79601_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_Defendant is the Asst. WARDEN OF JOHN MIDDLETON, HE is legally responsible for the Operation of JOHN MIDDLETON and for the welfare of all the inmates in the Prison._

Defendant #4: _Grievance officer Layland  13055 FM 3522 Abilene, TX 79601_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_MISS LAYLAnd is a grievance officer employed by The TEXAS DEPARTMENT OF CRIMINAL JUSTICE, who uses Discrimination and Other unconstitutional methods to informal and_

Defendant #5: _formal resolutions by not submitting completed grievances. Cannot complete all remedies if Grievence officer does not Properly submit FORMS._

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Each defendant is sued individually and in his or her official capacity. At all times mentioned in this complaint each defendant acted under the color of state law.

(9-30-2022 — 11-14-2022)

1) Direct Constitutional violations: 8th amendment & 14th amendment as numerous days of cruel and unjust treatment and punishment passed for myself and 200 plus individuals whom were treated like dogs with no regard to the United States Constitution. There are numerous amounts of evidence including declarations and testimonies. At all times (Statement of Claim continuance attached)

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

WHEREFORE PRAYS This COURT GRANT The Plaintiff Punitive Damages in the amount of $35,000.00 against each Defendant. As well as time Reduction / Accredited Time on instant sentence.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

JOHN NOLES

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

#01379151, #02163071

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___ YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): 0    N/A
2. Case number 0    N/A
3. Approximate date sanctions were imposed: 0    N/A
4. Have the sanctions been lifted or otherwise satisfied?    ___ YES ✓ NO

4

    C. Has any court ever warned or notified you that sanctions could be imposed?    _____ YES  ✓ NO

    D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

        1. Court that issued warning (if federal, give the district and division): 0 _N/A_____

        2. Case number: 0_____N/A_____

        3. Approximate date warning was issued: 0_____N/A_____

Executed on: __12-22-22__
            DATE

_____
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __22__ day of __12__, 20 __22__.
           (Day)            (month)        (year)

_____
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

Statement of Claim (Continuance)

during my assignment to the floor was there 150-220 people to only 2 toilets available in the gym. At all times during my assignment to the gym floor was I subjected to cruel and unusual punishment by sleeping on bare floor other than 6 inches off the ground as policy states. At all times was I subjected to sleep on the floor as Rats crawled over me and my blankets in my sleep.

2) During my stay in the gym on the floor was I subjected to additional unjust treatment by giving us freezing showers in the intake building for my entire stay at Middleton regardless of winter weather.

3) Both wardens made several unexpected visits to the gym and made frivolous promises and unecessary lies that they're administration were still in the barriers of the U.S. Constitution. (LIES!!) AND NO Access to Phones.

4) The Plaintiff has made several attempts to informally and formally resolve these issues through I-60's, letters, and grievance procedures. Grievance procedures on the John Middleton unit have however become obsolete and most including my grievances have never returned as if they were never submitted. (Grievance Officer Layland)

✴ The Plaintiff has no plan, adequate or complete remedy at law to redress the wrongs described herein.

✴ (PUNITIVE DAMAGES) Not all Punitive Damage awards require physical assault. The point of punitive damages is to punish members of the prison staff who violate your rights and to set an example

1 of 2

to stop other prison staff from acting illegaly in the future. Especially those who do not respect the United States Constitution.

X [signature]

2 of 2

12-22-22

TO: U.S. District Clerk,

Enclosed you will find these documents

- Summons
- Prisoner's civil rights complaint form (original and file stamped copy) (IN forma Pauperis on the way)

Thank You for Your Time.

RECEIVED

DEC 3 0 2022

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

John Noles #02163071
Lindsey Unit
1620 FM 3344
Jacksboro, Texas 76458

Clerk For
The United States District
Court For The Northern District Of
Texas Abilene Division
P.O. Box 1218
Abilene, Texas 79601

RECEIVED
DEC 30 2022
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS