IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| JOHN NOLES, <br> Institutional ID No. 02163071 <br><br> Plaintiff, <br><br> v. <br><br> TEXAS DEPARTMENT OF <br> CRIMINAL JUSTICE JOHN <br> MIDDLETON UNIT, *et al.*, <br><br> Defendants. | §§§§§§§§§§§§§§ | Civil Action No. 1:22-CV-00198-BU |

## JUDGMENT

In accordance with Rule 54(b) of the Federal Rules of Civil Procedure and the Order of Partial Dismissal issued this same day, the Court finds there is no just reason for delay and enters judgment that Plaintiff John Noles's:

(1) Claims against the Texas Department of Criminal Justice, John Middleton Unit are DISMISSED because they seek relief from a defendant immune from such relief and therefore are frivolous, 28 U.S.C. §§ 1915(e)(2)(B)(i), (iii) and 1915A(b)(1)–(2);

(2) Claims against the individual Defendants in their official capacities are DISMISSED because they are frivolous and seek relief from a defendant immune from such relief, 28 U.S.C. §§ 1915(e)(2)(B)(i), (iii) and 1915A(b)(1)–(2);

(3) Claim under the First Amendment against Chimdi Akwitti and Phillip McCain is DISMISSED for failure to state a claim, §§ 1915(e)(2)(B)(2), 1915A(b)(1); and

(4) Claim alleging a denial of due process under the Fourteenth Amendment against Amanda Layland is DISMISSED as frivolous, §§ 1915(e)(2)(B)(1), 1915A(b)(1).

ENTERED this 9th day of August 2024.

_____
JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE